No. 63051.—Armour and Company *v.* United States, protest 326041–K (San Francisco).

377

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C.C.P.A. 20, C.A.D. 667), the claim of the plaintiff was sustained.